USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN REGA,

                     Plaintiff,

      -against-

NEW YORK PROTON CENTER et al.,

                     Defendants.
-----------------------------------------------------------------X

22-CV-8407 (JPC) (KHP)

**INITIAL CASE MANAGEMENT CONFERENCE CONVERSION ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Initial Case Management Conference in this matter scheduled for **Tuesday, February 14, 2023, at 11:00 a.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.

**Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:    New York, New York
             February 13, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge